[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-10630
Non-Argument Calendar
_____

D.C. Docket No. 1:10-cv-23589-JLK

FELICE ABBY,
Individually and on behalf of all similarly situated,

Plaintiff-Appellant,

versus

ROBERT PAIGE,
WINDY POINTE HOMEOWNERS ASSOCIATION, INC.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(February 4, 2014)

Before TJOFLAT, JORDAN, and HILL, Circuit Judges.

PER CURIAM:

The district judge, in an opinion analyzing each issue between the parties, rendered judgments in favor of plaintiff and defendant. We have carefully reviewed the opinion accompanying those results, the exhaustive record, and the brief of each party.

Finding no error, the judgment of the district court is affirmed.

AFFIRMED.